UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.                              Case No:  2:13-cv-259-FtM-38UAM

JOHN DOE,

      Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe (Doc. #13) filed on July 15, 2013. Upon consideration, and pursuant to Fed. R. Civ. P. 41(a), the Court will dismiss this action. The Defendant has not filed an answer or otherwise appeared in this action.

Accordingly, it is now

**ORDERED:**

(1) This case is **DISMISSED with prejudice** pursuant to the Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe (Doc. #13).

(2) The Clerk is directed to terminate any previously scheduled deadlines and pending motions and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of July, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record